ISAAC SADOFSKY, Respondent, v. SARA RAPATZKY, etc., and Others, Defendants, and IDA OLENER and DORA OLENER, as Administratrices, etc., of SAM OLENER, Deceased, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

SCARSDALE NATIONAL BANK AND TRUST COMPANY, Appellant, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

ALEXANDER H. VANDENBERG, Respondent, v. PETER REISS CONSTRUCTION CO., INC., and GEORGE H. FLINN CORPORATION, Appellants.— Motion for leave to appeal to the Court of Appeals granted. Motion for stay denied. The undertaking as required by law will effect the stay. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

AMERICAN MUTUAL LIABILITY INSURANCE COMPANY OF BOSTON, Appellant, v. COUNTY SAND AND STONE CO., INC., Respondent.— Order of the County Court of Westchester county dismissing complaint reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to defendant to answer within ten days from service of a copy of the order herein. In our opinion, the approval of the State Industrial Board of the payments made by plaintiff for medical expenses is unnecessary. Section 24 of the Workmen's Compensation Law does not, in our opinion, apply to payments made for that purpose where no award has been made, but where the injured employee has elected to sue the third party alleged to have caused the injury. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

BROOKLYN TRUST COMPANY, Respondent, v. WALTER OPP and Others, Defendants; RACHAEL FRIEDMAN, Appellant.— The decision of this court handed down on November 3, 1933 [ante, p. 892], is hereby amended to read as follows: Order in so far as it denied the motion to vacate the provision directing payment of taxes out of rents collected prior to the extension of the receivership reversed upon the law and the facts and motion to that extent granted. In other respects the order is affirmed, without costs. Young, Kapper, Hagarty, Carswell and Davis, JJ., concur.

GLADYS BUONO, as Administratrix, etc., of JERRY E. BUONO, Deceased, Substituted in Place and Stead of JERRY E. BUONO, Deceased, Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Judgment dismissing complaint reversed on the law and a new trial granted, costs to appellant to abide the event, on authority of Hart v. Travelers Insurance Co. (236 App. Div. 309; affd., 261 N. Y. 563). Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.